January 14, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00019-CV

ARMANDO RAMOS AND SHANNON MARK DOUTHIT, Appellants

V.

MARVIN DUNBAR, JEANIA PEGODA, AND HILARIA LEON, Appellees

This cause, an appeal from the judgment in favor of appellees Marvin Dunbar, Jeania Pegoda, and Hilaria Leon, signed February 12, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Armando Ramos and Shannon Mark Douthit, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered January 14, 2025.

Panel Consists of Justices Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister